# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mattice, Harry S. | U.S. District Court - EDTN | 07/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Joel W. Solomon Federal Bldg.
900 Georgia Avenue, Room 317
Chattanooga, TN 37402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Executor | Estate # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 07/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | The Speech Language Reading Center, PLLC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 07/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Morgan Stanley Bank | A | Interest | K | T | Sold (part) | 05/10/15 | K | | |
| 2. Mass Mutual Life Insurance Whole Life (2) | C | Interest | L | T | | | | | |
| 3. Northwestern Mutual Life Variable Comp Life | D | Dividend | M | T | | | | | |
| 4. Pacific Gas & Electric Common Stock (X) | A | Dividend | J | T | | | | | |
| 5. Allstate VA Variable Annuity II Policy (X) | B | Interest | L | T | | | | | |
| 6. MORGAN STANLEY BANK N.A. (X) | A | Dividend | L | T | Buy | 03/24/15 | L | | |
| 7. | | | | | Buy | 07/09/15 | J | | |
| 8. FNMA REMIC TRUST 1991 SERIES 12 CLASS H OID (X) | A | Dividend | J | T | | | | | |
| 9. FHLMC REM TRUST 1991 SERIES 1128 CLASS 1B OID (X) | A | Dividend | J | T | | | | | |
| 10. FED NATL MTG ASSN STEP - 09/27/17 02.50 (X) | A | Dividend | J | T | | | | | |
| 11. MS U.S. GOVERNMENT SEC TR 1 (USGDX) (X) | A | Dividend | K | T | | | | | |
| 12. MSIF GROWTH I (MSEQX) (X) | A | Dividend | J | T | | | | | |
| 13. MSIF INTERNATIONAL EQUITY INST (MSIQX) (X) | A | Dividend | J | T | | | | | |
| 14. MSIF TR MID CAP GROWTH INST (MPEGX) (X) | A | Dividend | J | T | | | | | |
| 15. MSIF US REAL ESTATE INST (MSUSX) (X) | A | Dividend | J | T | | | | | |
| 16. BLACKROCK LOW DUR BD INV SVC (CMGBX) (X) | A | Dividend | K | T | | | | | |
| 17. E V INCOME FUND OF BOSTON I (EIBIX) (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INVESCO COMSTOCK Y (ACSDX) (X) | A | Dividend | J | T | | | | | |
| 19. INVESCO EQUAL WGHTD S&P 500 Y (VADDX) (X) | A | Interest | J | T | | | | | |
| 20. INVESCO PREMIER INST (IPPXX) (X) | A | Interest | J | T | | | | | |
| 21. INVESCO SMALL CAP VALUE Y (VSMIX) (X) | A | Interest | J | T | | | | | |
| 22. (H) Trust #1: | | | | | | | | | |
| 23. Federated Tax-Free Obligs Funds | A | Interest | K | T | | | | | |
| 24. RidgeWorth Large Cap Value Equity | A | Dividend | L | T | Sold (part) | 04/02/15 | K | D | |
| 25. | | | | | Sold (part) | 12/22/15 | K | A | |
| 26. Schroder US Small/Mid Cap Opportunity Fund-I | A | Dividend | | | Buy | 04/02/15 | K | | |
| 27. | | | | | Sold | 12/22/15 | K | | |
| 28. T Rowe Price Institutional Large Cap Growth Fund-I | A | Dividend | L | T | Sold (part) | 04/02/15 | J | B | |
| 29. Federated Strategic Value Equity Fund I | A | Dividend | K | T | | | | | |
| 30. Manning & Napier World OPPTYS-A | A | Dividend | | | Sold | 04/02/15 | K | | |
| 31. Oppenheimer Developing Mkts INSTL-Y | A | Dividend | | | Sold (part) | 04/02/15 | K | | |
| 32. | | | | | Sold | 12/22/15 | J | | |
| 33. Hartford Dividend & Growth - Y | A | Dividend | K | T | | | | | |
| 34. Neuberger Berman High Income BD-I | A | Interest | | | Sold | 04/02/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO Emerging Local BD-I | A | Interest | | | Sold | 04/02/15 | J | | |
| 36. Doubleline Total Return BD-I | A | Interest | | | Sold | 12/22/15 | K | | |
| 37. Eaton Vance Floating Rate FD | A | Interest | | | Sold | 04/02/15 | K | | |
| 38. Osterweis Strategic Income FD | A | Interest | | | Sold | 12/22/15 | K | | |
| 39. Western Asset Mortgage Backed Securities FD | A | Interest | | | Sold | 04/02/15 | J | A | |
| 40. BlackRock Global Long/Short Credit FD Instl | A | Interest | K | T | | | | | |
| 41. JOHCM International Select Fund | A | Interest | | | Buy | 04/02/15 | K | | |
| 42. | | | | | Sold | 12/22/15 | K | | |
| 43. PIMCO Investment Grade Corporate Bond Fund | A | Interest | J | T | Buy | 04/02/15 | K | | |
| 44. | | | | | Sold (part) | 12/22/15 | K | | |
| 45. United States Treasury Bill | A | Interest | | | Buy | 04/02/15 | K | | |
| 46. | | | | | Matured | 10/01/15 | K | | |
| 47. Easton Vance Atlanta Capital SMID Cap Fund | A | Dividend | K | T | Buy | 12/22/15 | K | | |
| 48. iShares Barclays MBS Bond ETF | B | Dividend | K | T | Buy | 12/22/15 | K | | |
| 49. iShares Core MSCI EAFE ETF | B | Dividend | K | T | Buy | 12/22/15 | K | | |
| 50. iShares iBoxx Inv. Grade Corp. Bond ETF | A | Interest | K | T | Buy | 12/22/15 | K | | |
| 51. United States Treasury Bill | A | Interest | K | T | Buy | 12/22/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 07/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. (H) IRA #1 | | | | | | | | | |
| 53. American GR FD of America F1 (GFAFX) X | A | Dividend | J | T | | | | | |
| 54. Davis New York Venture A (NYVTX) X | A | Dividend | J | T | Sold (part) | 12/01/15 | J | A | |
| 55. Delaware SMID CAP Growth A (DFCIX) X | A | Dividend | J | T | | | | | |
| 56. Deutsche Real Estate SEC A (RRRAX) (formerly DWS RREEF) | A | Dividend | J | T | | | | | |
| 57. Fidelity ADV DVRSFD INTL A (FDVAX) X | A | Dividend | J | T | | | | | |
| 58. INVESCO PREMIER PTF INSTL (IPPXX) X | A | Dividend | J | T | | | | | |
| 59. JP MORGAN MID CAP VALUE A (JAMCX) X | A | Dividend | J | T | | | | | |
| 60. VIRTUS MULTI SECT SHT TRM BD A (NARAX) X | A | Interest | J | T | | | | | |
| 61. (H) Estate # 1 | | | | | | | | | |
| 62. Contingent Bequest from Estate ▓▓▓▓ | A | Interest | | | Distributed (part) | 03/24/15 | M | | |
| 63. | | | | | Distributed | 07/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Par III. A. Non-Investment Income.  All income earned during reporting period was salary as employee of U.S. Government.

Part VII.  Investments and Trusts.  Trust Assets listed as numbers 23 to 51 are a part of an Irrevocable Insurance Trust created by deceased family member.

Part VII  Investment and Trusts.  IRA Assets listed as numbers 53 to 60  are part of an IRA inherited from a deceased relative.

Part VII.  Investment and Trusts.  Estate Asset listed as number 62 are part of an Estate of a deceased relative, for which Person Reporting served as an Executor.  Estate was opened May 14, 2014 and all but one asset were distributed to beneficiaries of the Estate prior to December 31, 2014.  All remaining assets of the Estate were distributed during the Reporting Period, and the assets of the Estate distributed to the Person Reporting by the Estate are listed on lines 6 and 7 of Part VII of the Report.  The Estate was closed on March 1, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Harry S. Mattice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544